## SAYBROOK BANK AND TRUST COMPANY *v.* JOHN T. O'REILLY ET AL.
### (AC 16986)

Schaller, Hennessy and Dupont, Js.

Argued November 10—officially released December 23, 1997

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days..

## STATE OF CONNECTICUT *v.* GREGORY MOODY
### (AC 16550)

Foti, Landau and Daly, Js.

Argued December 1—officially released December 23, 1997

Per Curiam. The judgment is affirmed.

## NORWICH SAVINGS SOCIETY *v.* GEORGE R. FLONNES ET AL.
### (AC 16944)

Foti, Spear and Stoughton, Js.

Argued December 3—officially released December 23, 1997

Per Curiam. The judgment is affirmed.